THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 27, 2013



Susan V. Kelley
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:
JAMES L. HOPKINS
6061 W Calumet Road
Milwaukee WI 53223
DIANA J. HOPKINS
6024 N 109th Street
Milwaukee WI 53225
    Debtor(s)

Chapter 13

Case No. 2012-20893-SVK-13

**ORDER ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS WITH CONDITIONS**

---

The Motion of the Chapter 13 Standing Trustee, Thomas J. King to dismiss this case came for hearing before the Honorable Susan V. Kelley, U.S. Bankruptcy Court Judge in her Courtroom in Milwaukee, WI on the 25th day of June 2013.

The trustee being the only party appearing and referencing an agreement;

IT IS HEREBY ORDERED: That the withdrawal of the trustee's Motion to Dismiss is approved.

IT IS FURTHER ORDERED: That the debtors shall provide the 2012 state and federal income tax returns to the trustee by July 25, 2013 or the case shall be dismissed upon Certification of Default and proposed Order of Dismissal from the trustee.

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**(Fax) 920.231.5713**
**E-mail info@ch13oshkosh.com**