THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 11, 2014



Susan V. Kelley
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:  
JAMES L HOPKINS  
6061 W Calumet Road  
Milwaukee, WI 53223  

Chapter 13  
Case No. 2012-20893-SVK  

Debtor(s)

**ORDER OF DISMISSAL**

---

Upon the Certification of Jennifer K. Marquissee, Staff Attorney, for the Chapter 13 Standing Trustee, Thomas J. King, indicating that no objection to the trustee's Motion to Dismiss which was filed with the Court on August 11, 2014, has been filed with the Court and the notice time having passed;

IT IS HEREBY ORDERED:

That this case shall be dismissed effective immediately.

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**(Fax) 920.231.5713**
**E-mail info@ch13oshkosh.com**

#####